# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cr-00288-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JUAN JOSE MENDEZ-SALAZAR,

    Defendant.

## ORDER

Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on September 12, 2014,

**IT IS ORDERED** that Defendant Juan Jose Mendez-Salazar is sentenced to **time served**.

Dated: September 12, 2014

                        BY THE COURT:

                        s/ Robert E. Blackburn
                        ROBERT E. BLACKBURN,
                        UNITED STATES DISTRICT JUDGE